## THOMAS BLAIR *versus* WILLIAM G. TAYLOR

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Motion to quash habeas corpus *p. 462. *Journal 4:* (2) Remand, procedendo MS p. 29.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) precipe for writ of error.

*1822–23 Calendar*, MS p. 115.